IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MIDWAY GAMES INC., *et al.*,[1] | ) ) ) | Case No. 09-10465 (KG) (Jointly Administered) |
| Debtors. | ) ) ) | **Related Docket Nos. 270 and 272** |

**APPELLANTS' JOINT DESIGNATION
OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellants

Acquisition Holdings Subsidiary I LLC ("AHS") and Joseph A. Califano, Jr., William C.

Bartholomay, and Robert N. Waxman, independent directors (collectively, the "Independent

Directors") of Midway Games Inc. hereby jointly designate the following items to be included in

the record of their respective appeals from the Final Order Authorizing Use of Cash Collateral,

Granting Adequate Protection and Granting Related Relief (the "Final Cash Collateral Order")

[Docket No. 251], entered by United States Bankruptcy Judge Kevin Gross in the United States

Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on April 9, 2009.[2]

| Tab # | Description | AHS Trial Exhibit # |
|---|---|---|
| 1 | Declaration of Ryan G. O'Desky in Support of Chapter 11 Petitions and First Day Relief dated February 12, 2009 [Docket No. 2] | 1 |
| 2 | Preliminary Limited Objection of Certain Individual Beneficial Noteholders dated February 13, 2009 [Docket No. 19] | 2 |

---

[1]     The Debtors are Midway Games Inc., Midway Home Entertainment Inc., Midway Amusement Games, LLC, Midway Interactive Inc., Surreal Software Inc., Midway Studios – Austin Inc., Midway Studios – Los Angeles Inc., Midway Games West Inc., Midway Home Studios Inc., and Midway Sales Company, LLC.

[2] AHS is also appealing the Order Denying Relief [Docket No. 250], while the Independent Directors are only appealing a portion of the Final Cash Collateral Order.  AHS and the Independent Directors will file separate statements of issue on appeal.

| Tab # | Description | AHS Trial Exhibit # |
|---|---|---|
| 3 | Transcript of dated February 13, 2009 Hearing Before Honorable Kevin Gross [Docket No. 79] | 3 |
| 4 | Interim Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Granting Related Relief dated February 13, 2009 [Docket No. 41] | 4 |
| 5 | Acquisition Holdings Subsidiary I LLC's (I) Preliminary Limited Objection to the Debtors' Motion for Authorization to Use Cash Collateral and (II) In the Alternative, Cross-Motion for Relief from the Automatic Stay dated February 27, 2009 (the "Cross Motion") [Docket No. 100] | 5 |
| 6 | Exhibit A to Acquisition Holdings Subsidiary I LLC's Cross Motion: Final Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Granting Relief [Docket No. 100] | 6 |
| 7 | Exhibit B to Acquisition Holdings Subsidiary I LLC's Cross Motion: Blackline of Final Order Authorizing Use of Cash Collateral, Granting Adequate Protection, and Granting Related Relief [Docket No. 100] | 7 |
| 8 | Exhibit C to Acquisition Holdings Subsidiary I LLC's Cross Motion: Loan and Security Agreement dated February 29, 2008 [Docket No. 100] | 8 |
| 9 | Exhibit D to Acquisition Holdings Subsidiary I LLC's Cross Motion: UCC Financing Statements filed by National Amusements Inc. [Docket No. 100] | 9 |
| 10 | Exhibit E to Acquisition Holdings Subsidiary I LLC's Cross Motion: U.S. Patent and Trademark Office filings by National Amusements Inc. [Docket No. 100] | 10 |
| 11 | Exhibit F to Acquisition Holdings Subsidiary I LLC's Cross Motion: U.S. Copyright Office filings by National Amusements Inc. [Docket No. 100] | 11 |
| 12 | Exhibit G to Acquisition Holdings Subsidiary I LLC's Cross Motion: Participation Agreement between National Amusements Inc. and Acquisition Holdings Subsidiary I LLC dated November 28, 2008 [Docket No. 100] | 12 |
| 13 | Exhibit H to Acquisition Holdings Subsidiary I LLC's Cross Motion: Assignment and Acceptance Agreement between National Amusements Inc. and Acquisition Holdings Subsidiary I LLC dated January 20, 2009 [Docket No. 100] | 13 |
| 14 | Exhibit I to Acquisition Holdings Subsidiary I LLC's Cross Motion: UCC Financing Statements Amendment filed by Acquisition Holdings Subsidiary I LLC [Docket No. 100] | 14 |

| Tab # | Description | AHS Trial Exhibit # |
|---|---|---|
| 15 | Exhibit J to Acquisition Holdings Subsidiary I LLC's Cross Motion: U.S. Patent and Trademark Office filings dated February 11, 2009 filed by Acquisition Holdings Subsidiary I LLC [Docket No. 100] | 15 |
| 16 | Exhibit K to Acquisition Holdings Subsidiary I LLC's Cross Motion: Acquisition Holdings Subsidiary I LLC's filings with the U.S. Copyright Office [Docket No. 100] | 16 |
| 17 | Exhibit L to Acquisition Holdings Subsidiary I LLC's Cross Motion: Wells Fargo Foothill Amended and Restated Loan and Security Agreement dated June 29, 2007 [Docket No. 100] | 17 |
| 18 | Exhibit M to Acquisition Holdings Subsidiary I LLC's Cross Motion: Indenture for 7.125% Notes [Docket No. 100] | 18 |
| 19 | Exhibit N to Acquisition Holdings Subsidiary I LLC's Cross Motion: Indenture for 6% Notes [Docket No. 100] | 19 |
| 20 | Exhibit O to Acquisition Holdings Subsidiary I LLC's Cross Motion: Prospectus for 7.125% Notes [Docket No. 100] | 20 |
| 21 | Exhibit P to Acquisition Holdings Subsidiary I LLC's Cross Motion: Prospectus for 6% Notes [Docket No. 100] | 21 |
| 22 | Stipulation and Consent Order Regarding Further Interim Use of Cash Collateral dated March 10, 2009 [Docket No. 147] | 23 |
| 23 | Wells Fargo Foothill Waiver and Second Amendment to Amended and Restated Loan and Security Agreement dated January 2, 2008 | 27 |
| 24 | Waiver and Forbearance Agreement for holders of 7.125% Notes dated December 30, 2008 | 33 |
| 25 | First Amended and Restated Waiver and Forbearance Agreement for holders of 7.125% Notes dated January 14, 2009 | 34 |
| 26 | Waiver and Forbearance Agreement for holders of 6% Notes dated January 14, 2009 | 35 |
| 27 | Consent and Forbearance Agreement for National Amusements Inc. and Acquisition Holdings Subsidiary I LLC dated January 14, 2009 | 36 |
| 28 | Midway Games Q4 2007 Earnings Call Transcript | 48 |
| 29 | Midway Games Q1 2008 Earnings Call Transcript | 49 |
| 30 | Midway Games Q3 2008 Earnings Call Transcript | 51 |
| 31 | Confidential Document – Filed Under Seal: Duff & Phelps Valuation | 52 |
| 32 | Confidential Document – Filed Under Seal: Midway Bid Letters | 53 |

| Tab # | Description | AHS Trial Exhibit # |
|---|---|---|
| 33 | Confidential Document – Filed Under Seal: Bid Letters and Attachment dated March 25, 2009 | 54 |
| 34 | Confidential Document – Filed Under Seal: Midway Games Cash Forecast | 55 |
| 35 | Memorandum regarding Potential Structures for Additional Funding from National Amusements Inc. | 59 |
| 36 | Memorandum from Ryan O'Desky to Members of the Special Committee of the Board of Directors of Midway Games Inc. dated February 26, 2008 | 61 |
| 37 | Midway Games Inc. Telephonic Meeting of the Board of Directors dated February 27, 2008 | 62 |
| 38 | Email chain between Robert Waxman and Debbie Fulton regarding National Amusements Inc./Midway Amendment to Credit Agreement dated July, 1 2008 | 64 |
| 39 | Midway Games Inc. Telephonic Meeting of the Board of Directors dated July 17, 2008 | 65 |
| 40 | Unanimous Consent of the Board of Directors | 67 |
| 41 | Second Stipulation and Consent Order Regarding Further Interim Use Cash Collateral [Docket No. 242] | |
| 42 | Confidential Document – Filed Under Seal: Unredacted Brief of Acquisition Holdings Subsidiary I LLC regarding Cash Collateral Use | |
| 43 | Confidential Document – Filed Under Seal: Unredacted Brief of Official Committee of Unsecured Creditors of Midway Games Inc. regarding Cash Collateral Use (Exhibits annexed thereto can be found in this record on appeal) | |
| 44 | Protective Response of Debtors in Opposition to Acquisition Holdings Subsidiary I LLC's Alternative Cross-Motion for Relief From the Automatic Stay [Docket No. 218] | |
| 45 | Transcript of March 10, 2009 Hearing Before Honorable Kevin Gross [Docket No. 163] | |
| 46 | Transcript of April 1, 2009 Hearing Before Honorable Kevin Gross | |
| 47 | Confidential Document – Filed Under Seal: Transcript of April 1, 2009 Hearing Before Honorable Kevin Gross | |
| 48 | Transcript of April 6, 2009 Hearing Before Honorable Kevin Gross | |
| 49 | Confidential Document – Filed Under Seal: Deposition Transcripts Offered Into Evidence by Acquisition Holdings Subsidiary I LLC | |

| Tab # | Description | AHS Trial Exhibit # |
|---|---|---|
| 50 | Confidential Document - Filed Under Seal: Deposition Transcripts Offered Into Evidence By the Official Committee of Unsecured Creditors of Midway Games Inc. | |
| 51 | Order Denying Stay of Relief [Docket No. 250] | |
| 52 | Order Granting Final Cash Collateral Use [Docket No. 251] | |
| 53 | Motion to Approve a Key Employee Incentive Plan [Docket No. 63] | |
| 54 | Notice of Filing of Proposed Key Employee Incentive Plan [Docket No. 213] | |
| 55 | Notice of Filing of Proposed Key Employee Incentive Plan [Docket No. 253] | |
| 56 | Order Approving Key Employee Incentive Plan [Docket No. 282] | |
| 57 | Application for an Order (I) To Retain and Employ Dewey & LeBoeuf LLP as Special Board Counsel *Nunc Pro Tunc* to the Petition Date and (II) Granting Certain Related Relief [Docket No. 52] | |
| 58 | Exhibit A to Application for an Order (I) To Retain and Employ Dewey & LeBoeuf LLP as Special Board Counsel *Nunc Pro Tunc* to the Petition Date and (II) Granting Certain Related Relief: Declaration of Timothy Q. Karcher [Docket No. 52] | |
| 59 | Supplemental Declaration of Timothy Q. Karcher in Support of Application for Order (I) To Retain and Employ Dewey LeBoeuf LLP as Special Board Counsel *Nunc Pro Tunc* to the Petition Date and (II) Grant Certain Related Relief [Docket No. 134] | |
| 60 | Order Authorizing the Employment and Retention of Dewey and LeBoeuf LLP as Special Board Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 145] | |

| Tab # | Description | Creditors' Committee Trial Exhibit # |
|---|---|---|
| 61 | Midway Games Form 10-K FY 2007 | 4 |
| 62 | Midway Games Form 10-K/A | 5 |
| 63 | Midway Games Board Meeting Management Agenda | 6 |
| 64 | Midway Board of Directors draft minutes for January 15, 2008 meeting | 7 |

| Tab # | Description | Creditors' Committee Trial Exhibit # |
|---|---|---|
| 65 | Document from Tom Powell to Debbie Fulton and others dated January 17, 2008 | 8 |
| 66 | Email exchange between Frederick Kanner and Peter Brown | 9 |
| 67 | Midway Games telephonic meeting of the board of directors draft minutes | 10 |
| 68 | Email from David Zucker to various people, including Shari Redstone and Robert Steele and Robert Steele, dated February 7, 2008 | 11 |
| 69 | Two-page documents from Deborah Fulton to Shari Redstone and others | 13 |
| 70 | Email exchange between Ryan O'Desky and Matthew Booty in April 2008 | 14 |
| 71 | Email exchange between Robert Waxman and Deborah Fulton in July 2008 | 15 |
| 72 | Draft minutes of Midway Games Board of Directors | 16 |
| 73 | Email from Matthew Booty to board of directors including Robert Steele, Shari Redstone, *et al.* | 17 |
| 74 | Emails between Scott Petepiece from Shearman & Sterling and Gordon Novod and Peter Abruzzese, with an attached email from Patrick Valenti to Scott Petepiece | 19 |
| 75 | CV of Mark Evan Thomas | 20 |
| 76 | Declaration of Mark Evan Thomas | 21 |
| 77 | South Middlesex County Register of Deeds document | 22 |
| 78 | November 25, 2008 letter | 26 |
| 79 | November 24, 2008 email chain | 27 |
| 80 | November 24, 2008 email chain | 28 |
| 81 | November 26, 2008 email chain | 31 |
| 82 | November 28, 2008 email | 32 |
| 83 | November 28, 2008 email chain | 33 |
| 84 | November 29, 2008 email chain | 36 |
| 85 | December 4, 2008 Midway Games Meeting of the Board of Directors Draft January 15, 2009 | 40 |
| 86 | Confidential Document – Filed Under Seal: December 7, 2008 email chain | 42 |

| Tab # | Description | Creditors' Committee Trial Exhibit # |
|---|---|---|
| 87 | December 2, 2008 email chain | 43 |
| 88 | January 12, 2009 memorandum | 44 |
| 89 | December 10, 2008 email with attachment | 45 |
| 90 | Confidential Document – Filed Under Seal: January 13, 2009 Midway Board of Directors Telephonic Meeting Draft January 15, 2009 | 47 |
| 91 | January 14, 2009 email with attachment January 14, 2009 Consent and Forbearance Agreement | 48 |
| 92 | Midway Board of Directors 2004-present chart | 56 |
| 93 | December 7, 2008 email chain | 60 |
| 94 | January 7, 2008 Midway Games Board Meeting management Agenda | 61 |
| 95 | January 3, 2008 email with attachments | 62 |
| 96 | January 15, 2008 Audit Committee of the Board of Directors of Midway Games Telephonic Meeting Draft February 23, 2008 | 63 |
| 97 | December 7, 2007 email chain | 64 |
| 98 | February 17, 2008 email chain | 69 |
| 99 | February 19, 2008 email chain | 70 |
| 100 | February 26, 2008 memorandum | 72 |
| 101 | February 27, 2008 Midway Games Telephonic Meeting of Board of Directors Draft April 21, 2008 | 73 |
| 102 | October 29, 2008 Midway Games Telephonic Meeting of the Special Committee of the Board of Directors Draft November 4, 2008 | 75 |
| 103 | July 1, 2008 email with attachments | 78 |
| 104 | Notice of service of Amended Subpoena on Sumner M. Redstone | 79 |
| 105 | Responses and Objections of Sumner Redstone | 80 |
| 106 | Viacom, Inc. Form10-K FY 2008 | 81 |
| 107 | November 28, 2008 email chain with attachments | 82 |
| 108 | November 28, 2008 email with attachments | 83 |
| 109 | February 7, 2008 Midway Games Special Committee of the Board of Directors Minutes February 12, 2008 Draft | 87 |
| 110 | February 26, 2008 Memorandum | 88 |

| Tab # | Description | Creditors' Committee Trial Exhibit # |
|---|---|---|
| 111 | July 2, 2008 Midway Games Telephonic Meeting of the Board of Directors July 11, 2008 Draft | 89 |
| 112 | July 17, 2008 Midway Games Telephonic Meeting of the Board of Directors July 25, 2008 Draft | 90 |
| 113 | July 17, 2008 Midway Games Telephonic Meeting of the Board of Directors July 28, 2008 | 91 |
| 114 | September 10, 2008 Notice of Telephonic Meeting | 93 |
| 115 | Draft August 28, 2008 memorandum | 98 |
| 116 | December 8, 2008 email with attachments | 99 |
| 117 | Midway Games Unanimous Consent of the Board of Directors | 100 |
| 118 | December 17, 2008 Midway Games Compensation Committee of the Board of Directors Telephonic Meeting Draft December 18, 2007 | 103 |
| 119 | Midway Games board meeting management agenda | 105 |
| 120 | January 17, 2008 email chain | 107 |
| 121 | Midway Board of Directors draft minutes for January 15, 2008 meeting | 108 |
| 122 | Email exchange between Frederick Kanner and Peter Brown | 109 |
| 123 | February 6, 2008 email | 110 |
| 124 | February 26, 2008 email | 113 |
| 125 | Two-page document from Deborah Fulton to Shari Redstone and others | 114 |
| 126 | July 29, 2008 email | 119 |
| 127 | October 28, 2008 Notice | 120 |
| 128 | October 29, 2008 Midway Games Telephonic Meeting of the Special Committee to the Board of Directors draft November 4, 2008 | 121 |
| 129 | October 29, 2008 Midway Games Telephonic Meeting of Board of Directors Draft November 4, 2008 | 122 |
| 130 | Draft minutes Midway Games Board Meeting, June 25, 2008 | 117 |
| 131 | Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Use Cash Collateral; (B) Granting Adequate Protection Pending Final Hearing; (C) Scheduling Final Hearing; and (D) Granting Related Relief [Docket No. 14] | |

Dated:  April 29, 2009

PACHULSKI STANG ZIEHL & JONES LLP

_____

Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
           tcairns@pszjlaw.com

and

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer, Esq. (admitted *pro hac vice*)
Timothy P. Harkness, Esq. (admitted *pro hac vice*)
Gordon Z. Novod, Esq. (admitted *pro hac vice*)
1177 Avenue of Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000
Email: tharkness@kramerlevin.com
           gnovod@kramerlevin.com

Counsel to Acquisition Holdings Subsidiary I LLC

and

DEWEY & LEBOEUF LLP

/s/ Richard W. Reinthaler
Richard W. Reinthaler (pro hac vice)
Timothy Q. Karcher (pro hac vice)
1301 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 259-8000
Facsimile:  (212) 259-6333

Counsel to the Independent Directors of Midway
Games Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MIDWAY GAMES, INC., *et al.*, | ) Case No. 09-10465 (KG) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the __29__ day of April 2009, I caused a

copy of the following document to be served on the individuals on the attached service list in the

manner indicated:

**Appellants' Joint Designation of Items to be Included in the Record on
Appeal**

_____
Timothy P. Cairns (Bar No. 4228)

DOCS_DE:147584.1

Midway Games, Inc. / **Acquisitions Holdings Subsidiary I, LLC**
**2002 Service List**
Case No. 09-10465 KG)
Document No. 145069
08 – Hand Delivery
39 – First Class Mail

(Counsel for Acquisitions Holdings
Subsidiary I, LLC)
Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19899

**Hand Delivery**
(United States Trustee)
David Buchbinder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**Hand Delivery**
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
230 N. Market Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel to the Debtors)
Michael D. DeBaecke
Blank Rome LLP
1201 Market Street
Wilmington, DE  19802

**Hand Delivery**
(Counsel for Official Committee of
Unsecured Creditors)
Marcos Alexis Ramos, Esquire
Richards Layton & Finger, PA
One Rodney Square
PO Box 551
Wilmington, DE  19899

**Hand Delivery**
Ellen W. Slights
U. S Attorney's Office
1007 North Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

**Hand Delivery**
(Counsel for PREEF Domain, L.P.)
Karen C. Bifferato, Eaquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
PO Box 2207
Wilmington, DE  19899

**Hand Delivery**
(Counsel for Tigon Studios, Inc.)
Frederick B. Rosner, Esquire
Messana Rosner & Stern LLP
1000 N. West Street, Suite 1200
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Vogster Entertainment)
William D. Sullivan, Esquire
Sullivan, Hazeltine, Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801

**First Class Mail**
(Counsel to the Debtors)
Marc E. Richards
Pamela E. Flaherty
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

**First Class Mail**
(Counsel for Acquisitions Holdings
Subsidiary I, LLC)
Gordon Z. Novod, Esquire
Kremer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**First Class Mail**
Peter Abruzzese, Esquire
Peter Kolevzon, Esquire
Gordon Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

**First Class Mail**
Matt Booty
Ryan O'Desky
Midway Games Inc.
2704 West Roscoe St.
Chicago, IL  60618

**First Class Mail**
Jeffrey Sechrest
Barry Ridings
Lazard Freres & Co.
30 Rockefeller Plaza
New York, NY  10020

**First Class Mail**
Frederick Kanner
Timothy Karcher
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019

**First Class Mail**
Chris Nicholls
Bruce Benson
FTI Consulting
3 Times Square, 10th Floor
New York, NY  10036

**First Class Mail**
Gregory A. Bray
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

**First Class Mail**
David B. Zolkin
Milbank, Tweed, Hadley & McCloy LLP
601 South figueroa St., 30th Floor
Los Angeles, CA  90017

**First Class Mail**
Larry Lattig
Mesirow Financial Consulting, LLC
2828 Routh Street, Suite 650
Dallas, Texas  75201

**First Class Mail**
Daniel C. McElHinney
Epiq Systems Bankruptcy Solutions
757 Third Avenue
New York, NY  10017

**First Class Mail**
(Counsel to Wells Fargo)
James S. Carr, Esquire
Gabrielle Rohwer, Esquire.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

**First Class Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE  19903

**First Class Mail**
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114-0326

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC  20220

**First Class Mail**
Attn:  Insolvency
District Director
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD  21201

**First Class Mail**
Attn: Insolvency
Internal Revenue Service
1352 Marrows Road, 2nd Floor
Newark, DE  19711-5445

**First Class Mail**
Mark Schonfeld, Esq.
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY  10281-1022

**First Class Mail**
Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC  20549

**First Class Mail**
(The Seaport Group LLC)
Scott Friedberg
The Seaport Group, LLC
360 Madison Avenue, 22nd Floor
New York, NY  10017

**First Class Mail**
(Counsel for Oracle USA, Inc.)
Shawn M. Christianson, Esquire
Buchalter Nemer, A Professional
Corporation
333 Market Street, 25th Floor
San Francisco, CA  94105-2126

**First Class Mail**
(Counsel for Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLC
2323 Bryan Street, Suite 1600
Dallas, TX  75201

**First Class Mail**
(Counsel for Crystal Pier Partners, L.P.)
Michael D. Breslauer, Esquire
Solomon Ward Seidenwurm & Smith
401 B Street, Suite 1200
San Diego, CA  92101

**First Class Mail**
(J. Scott Douglass)
J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX  77010

**First Class Mail**
(Member, Committee of Unsecured
Creditors)
James R. Lewis
Wells Fargo Bank, N.A.
45 Broadway, 17th Floor
New York, NY  10006

**First Class Mail**
(Member, Committee of Unsecured
Creditors)
Adam J. Chill
c/o Highbridge Capital Management LLC
9 West 57th Street, 27th Floor
New York, NY  10019

**First Class Mail**
(Member, Committee of Unsecured
Creditors)
Harvey E. Benjamin
NBA Properties, Inc.
645 Fifth Avenue
New York, NY  10502

**First Class Mail**
(Member, Committee of Unsecured
Creditors)
Jay Phillip Obernolte
Farsight Technologies, Inc.
611 Spruce Rd.
Big Bear Lake, CA  93215-2895

**First Class Mail**
(Member, Committee of Unsecured
Creditors)
William H. Hogan
Multi Packaging Solutions, Inc.
150 East 52nd Street
New York, NY  10022

**First Class Mail**
(Counsel for PREEF Domain, L.P.)
Jennifer A. Gehrt, Esquire
Barbee & Gehrt, L.L.P.
1201 Main Street, Suite 1910
PO Box 224409
Dallas, TX  75222-4409

**First Class Mail**
(Counsel for Microsoft Corporation and its
affiliates)
Michael J. Gearin, Esquire
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158

**First Class Mail**
(Counsel for Richardson Independent
School District)
Elizabeth Banda, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
PO Box 13430
Arlington, TX  76094-0430

**First Class Mail**
(Counsel for Epic Games, Inc.)
John Burns, Esquire
Hunton & Williams LLP
421 Fayetteville Street, Suite 1400
Raleigh, NC  27601

**First Class Mail**
(Counsel for Epic Games, Inc.)
Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Hunton & Williams LLP
951 East Byrd Street
Richmond, VA  23219

**First Class Mail**
(Counsel for Warner Bros. Interactive
Entertainment, Inc.)
Wayne M. Smith, Esquire
Warner Bros. Entertainment Inc.
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA  91522

**First Class Mail**
(Counsel to Jones Lang)
Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60654

**First Class Mail**
(Counsel for Vogster Entertainment)
Frederick U. Fierst, Esquire
Fierst, Pucci & Kane LLP
64 Gothic Street, Suite 4
Northampton, MA  01060-3042

**First Class Mail**
(Counsel for Microsoft Licensing, GP)
Joseph E. Schickich, Jr., Esquire
Riddell Williams P.S.
1001  4th Avenue, Suite 4500
Seattle, WA  98154