IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                    :    Chapter 11
                                          :
MIDWAY GAMES INC., et al.,[1]             :
                                          :    Case No. 09-10465 (KG)
         Debtors.                         :    (Jointly Administered)
---------------------------------------------------------------x

**STATEMENT OF ISSUE AND DESIGNATION OF RECORD ON APPEAL OF THE INDEPENDENT DIRECTORS OF MIDWAY GAMES INC. FROM ORDER AUTHORIZING USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION AND GRANTING RELATED RELIEF**

In accordance with Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), appellants, Joseph A Califano, Jr., William C. Bartholomay, and Robert N. Waxman, independent directors (collectively, the "Independent Directors") of Midway Games Inc., ("Midway Games", and collectively with its co-debtor subsidiaries and affiliates, the "Debtors"), hereby submit the following statement of issue to be presented and designation of items to be included in the record on appeal to the United States District Court for the District of Delaware in connection with the Notice of Appeal filed by the Independent Directors in the above-captioned case on April 20, 2009 [Docket No. 272] from the Order Authorizing Use of Cash Collateral, Granting Adequate Protection and Granting Related Relief dated April 9, 2009 [Docket No. 251], which granted certain relief sought in the Motion of the Debtors Pursuant to 11 U.S.C. §§ 105, 361 and 363 and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure for Entry of Interim and Final Orders: (A) Authorizing the Debtors to Use Cash Collateral; (B) Granting Adequate Protection Pending Final Hearing; (C) Scheduling Final

---

[1] The Debtors are: Midway Games Inc., Midway Home Entertainment Inc., Midway Amusement Games, LLC, Midway Interactive Inc., Surreal Software Inc., Midway Studios - Austin Inc., Midway Studios - Los Angeles Inc., Midway Games West Inc., Midway Home Studios Inc., and Midway Sales Company, LLC.

Hearing; and (D) Granting Related Relief filed on February 12, 2009 [Docket No. 14] (the "Cash Collateral Motion").

## STATEMENT OF ISSUES ON APPEAL

1. Did the United States Bankruptcy Court for the District of Delaware err in granting derivative standing to the Official Committee of Unsecured Creditors to "investigate, assert and/or prosecute" claims against, among others, the Independent Directors?

## DESIGNATION OF ITEMS FOR RECORD ON APPEAL

The Independent Directors are parties to the Appellants' Joint Designation of Items to be Included in the Record on Appeal (the "Joint Designation") filed by Acquisition Holdings Subsidiary I LLC on April 29, 2009 [Docket No.313] and respectfully request that such Joint Designation be incorporated as if set forth herein.

Respectfully Submitted,

Dated: April 30, 2009

**DEWEY & LEBOEUF LLP**

/s/Richard W. Reinthaler
Richard W. Reinthaler (pro hac vice)
Timothy Q. Karcher (pro hac vice)
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Counsel to the Independent Directors of Midway Games Inc.*